# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | CAUSE NO.: 2:14-cr-15-JTM-JEM |
| | ) | |
| MARY LEDERLEITNER, | ) | |
|     Defendant. | ) | |

## FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY BY DEFENDANT MARY LEDERLEITNER

TO:    THE HONORABLE JAMES T. MOODY,
           UNITED STATES DISTRICT COURT

Upon Defendant Mary Lederleitner's request to enter a plea of guilty pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter came for hearing before Magistrate Judge John E. Martin, on November 21, 2014, with the consent of Defendant Mary Lederleitner, counsel for Defendant Mary Lederleitner, and counsel for the United States of America.

The hearing on Defendant Mary Lederleitner's plea of guilty was in full compliance with Rule 11, Federal Rules of Criminal Procedure, before the Magistrate Judge in open court and on the record.

In consideration of that hearing and the statements made by Defendant Mary Lederleitner under oath on the record and in the presence of counsel, the remarks of the Assistant United States Attorney and of counsel for Defendant Mary Lederleitner,

I **FIND** as follows:

(1) that Defendant Mary Lederleitner understands the nature of the charge against her to which the plea is offered;

(2) that Defendant Mary Lederleitner understands her right to trial by jury, to persist in her

plea of not guilty, to the assistance of counsel at trial, to confront and cross-examine adverse witnesses, and her right against compelled self-incrimination;

(3) that Defendant Mary Lederleitner understands what the maximum possible sentence is, including the effect of the supervised release term, and Defendant Mary Lederleitner understands that the sentencing guidelines apply and that the Court may depart from those guidelines under some circumstances;

(4) that the plea of guilty by Defendant Mary Lederleitner has been knowingly and voluntarily made and is not the result of force or threats or of promises;

(5) that Defendant Mary Lederleitner is competent to plead guilty;

(6) that Defendant Mary Lederleitner understands that her answers may later be used against her in a prosecution for perjury or false statement;

(7) that there is a factual basis for Defendant Mary Lederleitner's plea; and further,

I **RECOMMEND** that the Court accept Mary Lederleitner's plea of guilty to the offense charged in Count 1 of the Indictment and that Defendant Mary Lederleitner be adjudged guilty of the offense charged in Count 1 of the Indictment and have sentence imposed. A Presentence Report has been ordered. Should this Report and Recommendation be accepted and Mary Lederleitner be adjudged guilty, sentencing before Senior Judge James T. Moody will be set at a later date by separate order. Objections to the Findings and Recommendation are waived unless filed and served within fourteen (14) days. *See* 28 U.S.C. § 636(b)(1).

So ORDERED this 21st day of November, 2014.

/s/ John E. Martin
MAGISTRATE JUDGE JOHN E. MARTIN
UNITED STATES DISTRICT COURT

cc: All counsel of record
Honorable James T. Moody